1 | SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
2 | Email: Crowley@seyfarth.com
560 Mission Street, Suite 3100
3 | San Francisco, California 94105
Telephone: (415) 397-2823
4 | Facsimile: (415) 397-8549

5 | Attorneys for Defendants
INTERSTATE HOTELS & RESORTS, INC.; INTERSTATE MANAGEMENT COMPANY,
6 | LLC

7 | LEONARD CARDER, LLP
Christine S. Hwang (SBN 184549)
8 | Email: chwang@leonardcarder.com
Phil A. Thomas (SBN 248517)
9 | Email: pthomas@leonardcarder.com
1188 Franklin Street, Suite 201
10 | San Francisco, CA 94109
Telephone: (415) 771-6400
11 | Facsimile: (415) 771-7010

12 | Attorneys for Plaintiffs
HOTEL & RESTAURANT EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.
13

14 |                     UNITED STATES DISTRICT COURT

15 |           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

16 | HOTEL & RESTAURANT EMPLOYEES          )    Case No. C09-04998 BZ MED
    | HEALTH & WELFARE TRUST FUND; EAST )
17 | BAY RESTAURANT & TAVERN               )    **JOINT STIPULATION AND MOTION**
    | RETIREMENT PLAN; BILL BACIGALUPI,     )    **TO MOVE MEDIATION CUT-OFF**
18 | in his official capacity as Trustee; JAMES DU  )    **DATE**
    | PONT, in his official capacity as Trustee; LIAN )
19 | ALAN, in his official capacity as Trustee;   )
    | MARK CLEMENT, in his official capacity as )
20 | Trustee; DOUGLAS CORNFORD, in his      )
    | official capacity as Trustee; THERESA    )
21 | ERWIN, in her official capacity as Trustee,  )
    | WE-LING HUBER, in her official as Trustee;  )
22 | and IVANA KRJCINOVIC, in her official    )
    | capacity as Trustee;                  )
23 |                                        )
    |                 Plaintiffs,            )
24 |                                        )
    |         v.                            )
25 |                                        )
    | INTERSTATE HOTELS & RESORTS, INC.;    )
26 | INTERSTATE MANAGEMENT COMPANY, )
    | LLC, dba CLAREMONT RESORT AND SPA; )
27 |                                        )
    |                 Defendants.            )
28 |                                   -1-

1        _____)

2

3        The Court ordered the parties to complete mediation by May 10, 2010. The parties have

4 met in informal settlement negotiations over the last two months and are hopeful that the case

5 will resolve within the next few weeks without the need for a formal mediation.

6        The parties and appointed mediator, however, have held a pre-mediation conference call,

7 and have agreed on May 26, 2010, to mediate the case if it does not otherwise resolve before

8 then.

9

10        Based on the foregoing, the parties hereby stipulate and move to move the mediation cut-

11 off date from May 10, 2010 to May 27, 2010 to provide an opportunity to resolve this matter and

12 to accommodate the schedules of the parties.

13

DATED: May 6, 2010                 SEYFARTH SHAW LLP

14
                                 /s/ Christian J. Rowley

15
                       By_____
16                               Christian J. Rowley
                            Attorney for Defendants
17                             INTERSTATE HOTELS & RESORTS,
                            INC.; INTERSTATE MANAGEMENT
18                             COMPANY, LLC

19 DATED: May 6, 2010                 LEONARD CARDER, LLP

20

21                        By\_\_\_\_\_/s/Christine S. Hwang_____
                            Christine S. Hwang
22                             Phil A. Thomas
                            Attorney for Plaintiffs
23                             HOTEL & RESTAURANT EMPLOYEES
                            HEALTH & WELFARE TRUST FUND, et
24                             al.

25

26

27

28                                 -2-

1

2                                          **ORDER**

3              The parties having stipulated, IT IS SO ORDERED.

   DATED: 6 May 2010
4

5

6                                             Magistrate Judge Bernard Zimmerman

7

8

9      12302553v.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          -3-
       Joint Stipulation and Motion to Move Mediation Cut-Off Date/ Case No.C09-04998 BZ
                                           MED